No. 309. OLAF QUALSETT *v.* REINOLD KATTENBURG AND AUGUSTA ANDERSON. Error to the Supreme Court of the State of Nebraska. Motion to dismiss submitted November 23, 1926. Decided November 29, 1926. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671. *Mr. F. D. Williams* for defendants in error, in support of the motion. *Mr. Willis E. Reed* for plaintiff in error, in opposition thereto.

---

No. 556. WONG HAY POY, WONG TUNG HUNG AND WONG BING YUEN *v.* JOHN D. NAGLE, COMMISSIONER OF IMMIGRATION. Appeal from the District Court of the United States for the Northern District of California. Motion to dismiss submitted November 23, 1926. Decided November 29, 1926. *Per Curiam.* Dismissed under § 238 of the Judicial Code as amended in § 1 of the Act of February 13, 1925. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for appellee, in support of the motion. *Mr. George A. McGowan* for appellants, in opposition thereto.